# Exhibit 2

Method claim: 1

| US11899713 B2 | Amazon Music ("The accused instrumentality") |
|---|---|
| 1. A method for selecting a song, comprising: | The accused instrumentality practices a method for selecting a song (e.g., recommending a song based on mood). As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. It recommends similar music to the user based on their listening preferences and moods. https://music.amazon.com/ |



https://music.amazon.com/genres/tVlm9ZUh

https://music.amazon.com/genres/tVlm9ZUh



https://music.amazon.com/genres/tVlm9ZUh

https://music.amazon.com/genres/tVlm9ZUh



https://music.amazon.com/search

By adding Amazon Music Unlimited, Prime Student members can now get over 50 million songs, thousands of curated playlists and stations, and discover new music through voice with Alexa, including asking for music by mood, activity, and lyrics; by creating a playlist just by asking; and more for just $0.99 per month. To hear chart-topping hits across genres, customers can access Alexa in the Amazon Music App for iOS or Android, and on all Alexa-enabled devices. To begin streaming a variety of top Amazon Music global playlists featuring the latest in hip-hop, pop hits and more, try asking:

https://press.aboutamazon.com/2019/8/amazon-introduces-new-exclusive-prime-student-benefit-amazon-music-unlimited-for-just-0-99

Alexa also understands your listening history. Now imagine that it's your spouse asking Alexa to "play music". Alexa can identify the voice signature –an electronic representation of your voice—to know that it's your spouse making the request, and play songs in keeping with his taste. Amazon Music's machine learning algorithms use factors like genre affinity, artist affinity, and songs that you've liked in the past to fine-tune the selection and determine the right song to play at the right time for everyone at home.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

As shown below, when a user frequently listens to songs related to a happy mood, the accused instrumentality suggests or recommends similar songs based on the same mood.



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z

# How Alexa and Amazon Music help you find the music you want (even when you don't know exactly what you want.)

Finding the perfect song can be hard. You might know the lyrics of a song you like, but you don't know its name. You might want to play a song from the newest Ariana Grande album – but only the one you heard on the radio that morning. Or you might want to listen to happy funk music from the 1970s, but don't know the best tunes from that era.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

## How it works

But just how does Amazon Music know what to do when you ask her to "play happy music" on Alexa? To unpack the process from when you make request to when the song is played, let's start at the very beginning.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

| | |
|---|---|
| selecting the song based on a computer-derived comparison between a representation of the song to known similarities in representations of other songs, | The accused instrumentality discloses selecting the song (e.g., recommending a song based on mood) based on a computer-derived comparison (e.g., Machine learning) between a representation of the song (e.g., frequency characteristics of the recommended song, etc.) to known similarities in representations (e.g., frequency characteristics of the songs, etc.) of other songs (e.g., other songs in the catalogue).<br><br>As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. When a user listens to a song specific to moods, the accused instrumentality compares the representation of the desired song to the known similarities in representations of other songs in the catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.<br><br>**How it works**<br><br>But just how does Amazon Music know what to do when you ask her to "play happy music" on Alexa? To unpack the process from when you make request to when the song is played, let's start at the very beginning.<br><br>https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world |



First, Alexa has to go through a catalog of tens of millions of tracks to identify the songs that we might think of as "happy". But just what is a happy song? Turns out that every song has features that can help Amazon Music determine its mood. These include features like sonic attributes, including tempo (the number of beats per minute) and the interval between a note and a reference pitch. To give just one example, in many Western songs, the major fifth (or E note) conveys a feeling of happiness, while the minor seventh "blue" note invokes a touch of melancholy.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

- There are more than one thousand Prime Playlists, more than triple the number available this time last year—listeners can enjoy up to 50 tracks in each playlist which are curated by Amazon Music Experts and categorized based on mood and activity such as "Happy & Upbeat," "Work, Study & Reading," "Party & Entertainment," "BBQ Playlists" or "Workout" or by artist, decade, top songs, and more

https://press.aboutamazon.com/2015/6/amazon-prime-music-celebrates-one-year

By adding Amazon Music Unlimited, Prime Student members can now get over 50 million songs, thousands of curated playlists and stations, and discover new music through voice with Alexa, including asking for music by mood, activity, and lyrics; by creating a playlist just by asking; and more for just $0.99 per month. To hear chart-topping hits across genres, customers can access Alexa in the Amazon Music App for iOS or Android, and on all Alexa-enabled devices. To begin streaming a variety of top Amazon Music global playlists featuring the latest in hip-hop, pop hits and more, try asking:

https://press.aboutamazon.com/2019/8/amazon-introduces-new-exclusive-prime-student-benefit-amazon-music-unlimited-for-just-0-99

|  | Alexa also understands your listening history. Now imagine that it's your spouse asking Alexa to "play music". Alexa can identify the voice signature –an electronic representation of your voice—to know that it's your spouse making the request, and play songs in keeping with his taste. Amazon Music's machine learning algorithms use factors like genre affinity, artist affinity, and songs that you've liked in the past to fine-tune the selection and determine the right song to play at the right time for everyone at home. <br><br> https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world <br><br> As shown below, when a user listens to songs related to happy mood, the accused instrumentality suggests or recommends similar songs based on the same mood. |
|---|---|



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z

| wherein the known similarities in representations of other songs is based at least in part on a human-trained machine | The accused instrumentality discloses that the known similarities in representations (e.g., frequency characteristics of the songs, etc.) of other songs (e.g., other songs in the catalogue) is based at least in part on a human-trained machine (e.g., Machine learning) using the representations (e.g., frequency characteristics of the songs, etc.) of the other songs (e.g., other songs in the catalogue). <br><br> As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. When a user listens to a song specific to moods, the accused instrumentality compares the representation of the desired song to the known similarities in representations of |
| --- | --- |

| | |
|---|---|
| using the representations of the other songs, | other songs in the catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.<br><br>The accused instrumentality determines which songs have similar moods. For example, if the user is listening to a song in a "happy" mood, the system will search for songs that share frequency characteristics associated with happiness. Further, another song is recommended to the user based on how closely its mood matches the moods of other songs classified by the human-trained machine learning model.<br><br>• There are more than one thousand Prime Playlists, more than triple the number available this time last year—listeners can enjoy up to 50 tracks in each playlist which are curated by Amazon Music Experts and categorized based on mood and activity such as "Happy & Upbeat," "Work, Study & Reading," "Party & Entertainment," "BBQ Playlists" or "Workout" or by artist, decade, top songs, and more<br><br>https://press.aboutamazon.com/2015/6/amazon-prime-music-celebrates-one-year |

In this case, Amazon's musical curators assess and validate the small dataset of songs that Alexa has marked as "happy". Their feedback is used to fine-tune the machine learning algorithm until Alexa has gotten it just right. The algorithm is then set loose on the entire catalog of Amazon Music's tens of millions of songs, after which the algorithm classifies songs as "happy", or with a specific mood.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world



First, Alexa has to go through a catalog of tens of millions of tracks to identify the songs that we might think of as "happy". But just what is a happy song? Turns out that every song has features that can help Amazon Music determine its mood. These include features like sonic attributes, including tempo (the number of beats per minute) and the interval between a note and a reference pitch. To give just one example, in many Western songs, the major fifth (or E note) conveys a feeling of happiness, while the minor seventh "blue" note invokes a touch of melancholy.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

But making judgments based on feature vectors isn't enough. When it comes to music, the whole is greater than the sum of its parts. A cow may moo in the major fifth, but that sound would seldom cause our soul to leap with joy. Like language, there is something about music that is uniquely human. Teaching Alexa how to recognize moods requires an expert human touch.

human-trained machine

"It's not just technology," Brahmbhatt says. "We've also invested in building out a team of global, music experts across a variety of languages. They work along with Amazon Music to give our customers a truly differentiated and relevant musical experience."

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

By adding Amazon Music Unlimited, Prime Student members can now get over 50 million songs, thousands of curated playlists and stations, and discover new music through voice with Alexa, including asking for music by mood, activity, and lyrics; by creating a playlist just by asking; and more for just $0.99 per month. To hear chart-topping hits across genres, customers can access Alexa in the Amazon Music App for iOS or Android, and on all Alexa-enabled devices. To begin streaming a variety of top Amazon Music global playlists featuring the latest in hip-hop, pop hits and more, try asking:

https://press.aboutamazon.com/2019/8/amazon-introduces-new-exclusive-prime-student-benefit-amazon-music-unlimited-for-just-0-99

Alexa also understands your listening history. Now imagine that it's your spouse asking Alexa to "play music". Alexa can identify the voice signature –an electronic representation of your voice—to know that it's your spouse making the request, and play songs in keeping with his taste. Amazon Music's machine learning algorithms use factors like genre affinity, artist affinity, and songs that you've liked in the past to fine-tune the selection and determine the right song to play at the right time for everyone at home.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

As shown below, when a user frequently listens to songs related to happy mood, the accused instrumentality suggests or recommends similar songs based on the same mood.



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z

| | |
|---|---|
| wherein the representation of the song is based on isolating and identifying frequency characteristics of the song, | The accused instrumentality discloses the representation of the song (e.g., a recommended song based on the mood) is based on isolating and identifying frequency characteristics of the song (e.g., tempo, pitch, tone, etc.). |
| | As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. Higher pitch corresponds to higher frequency, while lower pitch corresponds to lower frequency. Similarly, the tone of the music is determined from the frequency characteristic. When a user listens to a song specific to moods, the accused instrumentality compares the representation of the desired song to the known similarities in representations of other songs in the |

catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.

The accused instrumentality determines which songs have similar moods. For example, if the user is listening to a song in a "happy" mood, the system will search for songs that share frequency characteristics associated with happiness. Further, another song is recommended to the user based on how closely its mood matches the moods of other songs classified by the human-trained machine learning model.

First, Alexa has to go through a catalog of tens of millions of tracks to identify the songs that we might think of as "happy". But just what is a happy song? Turns out that every song has features that can help Amazon Music determine its mood. These include features like sonic attributes, including tempo (the number of beats per minute) and the interval between a note and a reference pitch. To give just one example, in many Western songs, the major fifth (or E note) conveys a feeling of happiness, while the minor seventh "blue" note invokes a touch of melancholy.

representation of the song

isolating and identifying frequency characteristics of the song

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

**So what can you ask Alexa on Amazon Music?**

Asking for music with your voice removes the need to manually search for a specific song or playlist, eliminating access barriers to make streaming more accessible. Amazon Music listeners can ask Alexa for music based on genre, era/decade, mood, tempo, activity, or lyrics, as well as all of the features below that have been released since last August:

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world



Classification of various frequency bands in the audio frequency spectrum.
https://www.headphonesty.com/2020/02/audio-frequency-spectrum-explained/



https://www.diyaudio.com/community/threads/spectrum-of-musical-genres.310900/

# What is pitch in music?

In music, "pitch" refers to the perceived frequency of a sound. Essentially, it's how high or low a note sounds. The pitch of a sound is determined by its frequency, with higher frequencies producing higher pitches and lower frequencies building lower pitches.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

One of the most significant aspects of pitch in music is its ability to convey meaning and emotion. **Different pitches can evoke different moods and feelings, from the uplifting and joyful to the sombre and melancholic.** For example, a **higher pitch can often convey a sense of excitement or elation,** while a **lower pitch can suggest sadness or seriousness.**

https://www.aulart.com/blog/understanding-the-importance-of-pitch-in-music/#!

Hey there, music enthusiasts! Let's dive into the world of music and explore a term that gets thrown around a lot: tone. When we talk about tone in music, we're talking about the quality of sound, specifically the pitch of a musical note. It's what makes each instrument or voice unique and helps us tell them apart, even when they're playing the same note. Think of it like hearing a guitar and a piano playing the same note—you can instantly tell the difference in tone. Pretty cool, right? Well, in this blog, we're gonna explore what tone is all about and how you can use it to take your songwriting game to the next level.

So, how can you use tone in music? Well, it's all about creating a certain mood or emotion. By choosing the right notes and instruments, you can convey different feelings in your songs. For example, playing a minor chord progression on a piano can bring out that melancholic, sad vibe, while strumming some major chords on a guitar can fill your music with happiness and joy.

https://melodystudio.net/2023/08/07/tone-in-music-what-it-is-and-how-to-use-it/

By adding Amazon Music Unlimited, Prime Student members can now get over 50 million songs, thousands of curated playlists and stations, and discover new music through voice with Alexa, including asking for music by mood, activity, and lyrics; by creating a playlist just by asking; and more for just $0.99 per month. To hear chart-topping hits across genres, customers can access Alexa in the Amazon Music App for iOS or Android, and on all Alexa-enabled devices. To begin streaming a variety of top Amazon Music global playlists featuring the latest in hip-hop, pop hits and more, try asking:

https://press.aboutamazon.com/2019/8/amazon-introduces-new-exclusive-prime-student-benefit-amazon-music-unlimited-for-just-0-99

Alexa also understands your listening history. Now imagine that it's your spouse asking Alexa to "play music". Alexa can identify the voice signature –an electronic representation of your voice—to know that it's your spouse making the request, and play songs in keeping with his taste. Amazon Music's machine learning algorithms use factors like genre affinity, artist affinity, and songs that you've liked in the past to fine-tune the selection and determine the right song to play at the right time for everyone at home.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

As shown below, when a user frequently listens to songs related to happy mood, the accused instrumentality suggests or recommends similar songs based on the same mood.



[https://music.amazon.com/playlists/B0C5R1TL4Z](https://music.amazon.com/playlists/B0C5R1TL4Z)



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z

| wherein the representations of a plurality of the other songs are based on a human listening to each of the plurality of | The accused instrumentality discloses the representations of a plurality of the other songs (e.g., other songs in the catalogue) are based on a human listening to each of the plurality of the other songs (e.g., other songs in the catalogue) in order to isolate and identify frequency characteristics (e.g., tempo, pitch, tone, etc.) of the plurality of the other songs (e.g., other songs in the catalogue).<br><br>As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. Higher pitch corresponds to higher frequency, while lower pitch corresponds to lower frequency. Similarly, the tone of the music is determined from the frequency characteristic. When a user listens to a song specific to moods, the accused instrumentality compares the |
|---|---|

| | |
|---|---|
| the other songs in order to isolate and identify frequency characteristics of the plurality of the other songs, | representation of the desired song to the known similarities in representations of other songs in the catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.<br><br>The accused instrumentality determines which songs have similar moods. For example, if the user is listening to a song in a "happy" mood, the system will search for songs that share frequency characteristics associated with happiness. Further, another song is recommended to the user based on how closely its mood matches the moods of other songs classified by the human-trained machine learning model.<br><br>But making judgments based on feature vectors isn't enough. When it comes to music, the whole is greater than the sum of its parts. A cow may moo in the major fifth, but that sound would seldom cause our soul to leap with joy. Like language, there is something about music that is uniquely human. Teaching Alexa how to recognize moods requires an expert human touch.<br><br>human listening to each of the plurality of the other songs<br><br>"It's not just technology," Brahmbhatt says. "We've also invested in building out a team of global, music experts across a variety of languages. They work along with Amazon Music to give our customers a truly differentiated and relevant musical experience."<br><br>https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world |



First, Alexa has to go through a catalog of tens of millions of tracks to identify the songs that we might think of as "happy". But just what is a happy song? Turns out that every song has features that can help Amazon Music determine its mood. These include features like sonic attributes, including tempo (the number of beats per minute) and the interval between a note and a reference pitch. To give just one example, in many Western songs, the major fifth (or E note) conveys a feeling of happiness, while the minor seventh "blue" note invokes a touch of melancholy.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

First, Alexa has to go through a catalog of tens of millions of tracks to identify the songs that we might think of as "happy". But just what is a happy song? Turns out that every song has features that can help Amazon [representation of the song] Music determine its mood. These include features like sonic attributes, [isolating and identifying frequency characteristics of the song] including tempo (the number of beats per minute) and the interval between a note and a reference pitch. To give just one example, in many Western songs, the major fifth (or E note) conveys a feeling of happiness, while the minor seventh "blue" note invokes a touch of melancholy.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

By adding Amazon Music Unlimited, Prime Student members can now get over 50 million songs, thousands of curated playlists and stations, and discover new music through voice with Alexa, including asking for music by mood, activity, and lyrics; by creating a playlist just by asking; and more for just $0.99 per month. To hear chart-topping hits across genres, customers can access Alexa in the Amazon Music App for iOS or Android, and on all Alexa-enabled devices. To begin streaming a variety of top Amazon Music global playlists featuring the latest in hip-hop, pop hits and more, try asking:

https://press.aboutamazon.com/2019/8/amazon-introduces-new-exclusive-prime-student-benefit-amazon-music-unlimited-for-just-0-99

Alexa also understands your listening history. Now imagine that it's your spouse asking Alexa to "play music". Alexa can identify the voice signature –an electronic representation of your voice—to know that it's your spouse making the request, and play songs in keeping with his taste. Amazon Music's machine learning algorithms use factors like genre affinity, artist affinity, and songs that you've liked in the past to fine-tune the selection and determine the right song to play at the right time for everyone at home.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

As shown below, when a user frequently listens to songs related to a happy mood, the accused instrumentality suggests or recommends similar songs based on the same mood.



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



Classification of various frequency bands in the audio frequency spectrum.

https://www.headphonesty.com/2020/02/audio-frequency-spectrum-explained/

# What is pitch in music?

In music, "pitch" refers to the perceived frequency of a sound. Essentially, it's how high or low a note sounds. The pitch of a sound is determined by its frequency, with higher frequencies producing higher pitches and lower frequencies building lower pitches.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

One of the most significant aspects of pitch in music is its ability to convey meaning and emotion. **Different pitches can evoke different moods and feelings, from the uplifting and joyful to the sombre and melancholic.** For example, a **higher pitch can often convey a sense of excitement or elation,** while a **lower pitch can suggest sadness or seriousness.**

https://www.aulart.com/blog/understanding-the-importance-of-pitch-in-music/# !

| | |
|---|---|
| | Hey there, music enthusiasts! Let's dive into the world of music and explore a term that gets thrown around a lot: tone. When we talk about tone in music, we're talking about the quality of sound, specifically the pitch of a musical note. It's what makes each instrument or voice unique and helps us tell them apart, even when they're playing the same note. Think of it like hearing a guitar and a piano playing the same note—you can instantly tell the difference in tone. Pretty cool, right? Well, in this blog, we're gonna explore what tone is all about and how you can use it to take your songwriting game to the next level.<br><br>So, how can you use tone in music? Well, it's all about creating a certain mood or emotion. By choosing the right notes and instruments, you can convey different feelings in your songs. For example, playing a minor chord progression on a piano can bring out that melancholic, sad vibe, while strumming some major chords on a guitar can fill your music with happiness and joy.<br><br>https://melodystudio.net/2023/08/07/tone-in-music-what-it-is-and-how-to-use-it/ |
| wherein the frequency characteristics of the song correspond to one or more moods of the song and the frequency characteristics of the plurality of the other songs | The accused instrumentality discloses that the frequency characteristics (e.g., tempo, pitch, tone, etc.) of the song (e.g., a particular song for the desired mood) correspond to one or more moods (e.g., categorizing songs into moods such as happy, sad, etc.) of the song (e.g., a particular song with a desired mood) and the frequency characteristics (e.g., tempo, pitch, etc.) of the plurality of the other songs (e.g., other songs in the catalogue) correspond to one or more moods (e.g., categorizing songs into moods such as happy, sad, etc.) of the plurality of the other songs (e.g., other songs in the catalogue).<br><br>As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. Higher pitch corresponds to higher frequency, while lower pitch corresponds to lower frequency. Similarly, the tone of the music is determined from the frequency characteristic. When a user listens to a song specific to moods, the accused instrumentality compares the |

| | |
|---|---|
| correspond to one or more moods of the plurality of the other songs, | representation of the desired song to the known similarities in representations of other songs in the catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.<br><br>The accused instrumentality determines which songs have similar moods. For example, if the user is listening to a song in a "happy" mood, the system will search for songs that share frequency characteristics associated with happiness. Further, another song is recommended to the user based on how closely its mood matches the moods of other songs classified by the human-trained machine learning model.<br><br>First, Alexa has to go through a catalog of tens of millions of tracks to identify the songs that we might think of as "happy". But just what is a happy song? Turns out that every song has features that can help Amazon Music determine its mood. These include features like sonic attributes, including tempo (the number of beats per minute) and the interval between a note and a reference pitch. To give just one example, in many Western songs, the major fifth (or E note) conveys a feeling of happiness, while the minor seventh "blue" note invokes a touch of melancholy. [frequency characteristics of the song]<br><br>https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world |

In this case, Amazon's musical curators assess and validate the small dataset of songs that Alexa has marked as "happy". Their feedback is used to fine-tune the machine learning algorithm until Alexa has gotten it just right. The algorithm is then set loose on the entire catalog of Amazon Music's tens of millions of songs, after which the algorithm classifies songs as "happy", or with a specific mood.

one or more moods of the song

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

By adding Amazon Music Unlimited, Prime Student members can now get over 50 million songs, thousands of curated playlists and stations, and discover new music through voice with Alexa, including asking for music by mood, activity, and lyrics; by creating a playlist just by asking; and more for just $0.99 per month. To hear chart-topping hits across genres, customers can access Alexa in the Amazon Music App for iOS or Android, and on all Alexa-enabled devices. To begin streaming a variety of top Amazon Music global playlists featuring the latest in hip-hop, pop hits and more, try asking:

https://press.aboutamazon.com/2019/8/amazon-introduces-new-exclusive-prime-student-benefit-amazon-music-unlimited-for-just-0-99

Alexa also understands your listening history. Now imagine that it's your spouse asking Alexa to "play music". Alexa can identify the voice signature –an electronic representation of your voice—to know that it's your spouse making the request, and play songs in keeping with his taste. Amazon Music's machine learning algorithms use factors like genre affinity, artist affinity, and songs that you've liked in the past to fine-tune the selection and determine the right song to play at the right time for everyone at home.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

As shown below, when a user frequently listens to songs related to happy mood, the accused instrumentality suggests or recommends similar songs based on the same mood.



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z

## Frequencies and Their Potential Emotional Effects

While research is ongoing, the following musical elements are often associated with these effects:

- **High Frequencies:** These can create a sense of alertness, focus, and even mild agitation.
- **Low Frequencies:** These promote relaxation, calmness, and sometimes even introspection or melancholy.
- **Minor Keys:** Often evoke feelings of sadness, longing, or introspection.
- **Major Keys:** Typically associated with happiness, optimism, and energy.

https://englishpluspodcast.com/can-music-frequencies-change-your-mood/

**Expression of emotion** → one or more moods of the song    frequency characteristics

Different pitches evoke different emotions. Higher pitches are often associated with brightness and excitement, while lower pitches may convey depth and introspection. Composers and musicians use pitch variations to express a wide range of emotions in their music.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

One of the most significant aspects of pitch in music is its ability to convey meaning and emotion. **Different pitches can evoke different moods and feelings, from the uplifting and joyful to the sombre and melancholic.** For example, a **higher pitch can often convey a sense of excitement or elation,** while a **lower pitch can suggest sadness or seriousness.**

https://www.aulart.com/blog/understanding-the-importance-of-pitch-in-music/#

Hey there, music enthusiasts! Let's dive into the world of music and explore a term that gets thrown around a lot: tone. When we talk about tone in music, we're talking about the quality of sound, specifically the pitch of a musical note. It's what makes each instrument or voice unique and helps us tell them apart, even when they're playing the same note. Think of it like hearing a guitar and a piano playing the same note—you can instantly tell the difference in tone. Pretty cool, right? Well, in this blog, we're gonna explore what tone is all about and how you can use it to take your songwriting game to the next level.

So, how can you use tone in music? Well, it's all about creating a certain mood or emotion. By choosing the right notes and instruments, you can convey different feelings in your songs. For example, playing a minor chord progression on a piano can bring out that melancholic, sad vibe, while strumming some major chords on a guitar can fill your music with happiness and joy.

https://melodystudio.net/2023/08/07/tone-in-music-what-it-is-and-how-to-use-it/

**Classification via Tags:** Music mood classification often involves tagging songs with emotional descriptors such as "happy," "sad," "energetic," and "relaxing." Machine learning models can then be trained on these tags to automatically classify songs based on their emotional content.

| Mood | Intensity | Timbre | Pitch | Rhythm |
|---|---|---|---|---|
| Happy | Medium | Medium | Very High | Very High |
| Exuberant | High | Medium | High | High |
| Energetic | Very High | Medium | Medium | High |
| Frantic | High | Very High | Low | Very High |
| Anxious/Sad | Medium | Very Low | Very Low | Low |
| Depression | Low | Low | Low | Low |
| Calm | Very Low | Very Low | Medium | Very Low |
| Contentment | Low | Low | High | Low |

https://kratichoudhary258.medium.com/music-mood-classification-relativity-to-music-therapy-7c44250c45dc

| | |
|---|---|
| and wherein the selection is based on | The accused instrumentality discloses that the selection (e.g., selecting a recommended song) is based on the similarity between the one or more moods (e.g., categorizing songs into moods such as happy, sad, etc.) of the song (e.g., a recommended song based on mood) and the one or more |

| | |
|---|---|
| the similarity between the one or more moods of the song and the one or more moods of the plurality of the other songs. | moods (e.g., categorizing songs into moods such as happy, sad, etc.) of the plurality of the other songs (e.g., other songs in the catalogue, etc.).<br><br>As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. Higher pitch corresponds to higher frequency, while lower pitch corresponds to lower frequency. Similarly, the tone of the music is determined from the frequency characteristic. When a user listens to a song specific to moods, the accused instrumentality compares the representation of the desired song to the known similarities in representations of other songs in the catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.<br><br>The accused instrumentality determines which songs have similar moods. For example, if the user is listening to a song in a "happy" mood, the system will search for songs that share frequency characteristics associated with happiness. Further, another song is recommended to the user based on how closely its mood matches the moods of other songs classified by the human-trained machine learning model. |

First, Alexa has to go through a catalog of tens of millions of tracks to identify the songs that we might think of as "happy". But just what is a happy song? Turns out that every song has features that can help Amazon Music determine its mood. These include features like sonic attributes, including tempo (the number of beats per minute) and the interval between a note and a reference pitch. To give just one example, in many Western songs, the major fifth (or E note) conveys a feeling of happiness, while the minor seventh "blue" note invokes a touch of melancholy.

frequency characteristics of the song

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

## So what can you ask Alexa on Amazon Music?

Asking for music with your voice removes the need to manually search for a specific song or playlist, eliminating access barriers to make streaming more accessible. Amazon Music listeners can ask Alexa for music based on genre, era/decade, mood, tempo, activity, or lyrics, as well as all of the features below that have been released since last August:

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

In this case, Amazon's musical curators assess and validate the small dataset of songs that Alexa has marked as "happy". Their feedback is used to fine-tune the machine learning algorithm until Alexa has gotten it just right. The algorithm is then set loose on the entire catalog of Amazon Music's tens of millions of songs, after which the algorithm classifies songs as "happy", or with a specific mood.

one or more moods of the song

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

similarity between the one or more moods of the song

And there's more. You say happy. I might say cheerful. Amazon Music's team of scientists, engineers, and linguists have to think of a variety of synonyms when applying moods to songs. They also have to account for regional differences. India alone has more than 22 languages and over 720 dialects. Musical structures and meanings vary across cultures and subcultures. Amazon Music has to account for the differences between people asking for happy songs on Amazon Music in Punjab and Tamil Nadu – the musical stylings of Channi Singh would not go as far in Chennai in making people feel happy as it would in Ludhiana or Amritsar.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

By adding Amazon Music Unlimited, Prime Student members can now get over 50 million songs, thousands of curated playlists and stations, and discover new music through voice with Alexa, including asking for music by mood, activity, and lyrics; by creating a playlist just by asking; and more for just $0.99 per month. To hear chart-topping hits across genres, customers can access Alexa in the Amazon Music App for iOS or Android, and on all Alexa-enabled devices. To begin streaming a variety of top Amazon Music global playlists featuring the latest in hip-hop, pop hits and more, try asking:

https://press.aboutamazon.com/2019/8/amazon-introduces-new-exclusive-prime-student-benefit-amazon-music-unlimited-for-just-0-99

Alexa also understands your listening history. Now imagine that it's your spouse asking Alexa to "play music". Alexa can identify the voice signature –an electronic representation of your voice—to know that it's your spouse making the request, and play songs in keeping with his taste. Amazon Music's machine learning algorithms use factors like genre affinity, artist affinity, and songs that you've liked in the past to fine-tune the selection and determine the right song to play at the right time for everyone at home.

https://www.aboutamazon.com/news/entertainment/music-in-a-voice-first-world

As shown below, when a user frequently listens to songs related to happy mood, the accused instrumentality suggests or recommends similar songs based on the same mood.



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z



https://music.amazon.com/playlists/B0C5R1TL4Z

## Frequencies and Their Potential Emotional Effects

While research is ongoing, the following musical elements are often associated with these effects:

- **High Frequencies:** These can create a sense of alertness, focus, and even mild agitation.
- **Low Frequencies:** These promote relaxation, calmness, and sometimes even introspection or melancholy.
- **Minor Keys:** Often evoke feelings of sadness, longing, or introspection.
- **Major Keys:** Typically associated with happiness, optimism, and energy.

https://englishpluspodcast.com/can-music-frequencies-change-your-mood/

**Expression of emotion** — one or more moods of the song — frequency characteristics

Different pitches evoke different emotions. Higher pitches are often associated with brightness and excitement, while lower pitches may convey depth and introspection. Composers and musicians use pitch variations to express a wide range of emotions in their music.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

One of the most significant aspects of pitch in music is its ability to convey meaning and emotion. **Different pitches can evoke different moods and feelings, from the uplifting and joyful to the sombre and melancholic.** For example, a **higher pitch can often convey a sense of excitement or elation,** while a **lower pitch can suggest sadness or seriousness.**

https://www.aulart.com/blog/understanding-the-importance-of-pitch-in-music/#

Hey there, music enthusiasts! Let's dive into the world of music and explore a term that gets thrown around a lot: tone. When we talk about tone in music, we're talking about the quality of sound, specifically the pitch of a musical note. It's what makes each instrument or voice unique and helps us tell them apart, even when they're playing the same note. Think of it like hearing a guitar and a piano playing the same note—you can instantly tell the difference in tone. Pretty cool, right? Well, in this blog, we're gonna explore what tone is all about and how you can use it to take your songwriting game to the next level.

So, how can you use tone in music? Well, it's all about creating a certain mood or emotion. By choosing the right notes and instruments, you can convey different feelings in your songs. For example, playing a minor chord progression on a piano can bring out that melancholic, sad vibe, while strumming some major chords on a guitar can fill your music with happiness and joy.

https://melodystudio.net/2023/08/07/tone-in-music-what-it-is-and-how-to-use-it/

**Classification via Tags:** Music mood classification often involves tagging songs with emotional descriptors such as "happy," "sad," "energetic," and "relaxing." Machine learning models can then be trained on these tags to automatically classify songs based on their emotional content.

| Mood | Intensity | Timbre | Pitch | Rhythm |
|------|-----------|--------|-------|--------|
| Happy | Medium | Medium | Very High | Very High |
| Exuberant | High | Medium | High | High |
| Energetic | Very High | Medium | Medium | High |
| Frantic | High | Very High | Low | Very High |
| Anxious/Sad | Medium | Very Low | Very Low | Low |
| Depression | Low | Low | Low | Low |
| Calm | Very Low | Very Low | Medium | Very Low |
| Contentment | Low | Low | High | Low |

https://kratichoudhary258.medium.com/music-mood-classification-relativity-to-music-therapy-7c44250c45dc